[Doc. No. 47]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IAN D. LEMONS,<br><br>   Plaintiff,<br><br> v.<br><br>ATLANTIC CITY POLICE DEPT.,<br>DET. JOSEPH M. RAUCH, SGT.<br>JAMES HERBERTO,<br><br>   Defendants. | Civil No. 06-3440 (RMB)<br><br>**ORDER** |

  THIS MATTER having come before the Court upon Defendant's motion for summary judgment; and the Court having considered the moving papers and received no opposition thereto; and for the reasons expressed in the Opinion issued this date;

  IT IS HEREBY **ORDERED** that Defendant's motion for summary judgment is **GRANTED** as to Atlantic City Police Department and **DENIED** as to the individual officers; and

  IT IS FURTHER **ORDERED** that Defendants shall have two weeks from the date of this Order to file a renewed motion for summary judgment as to the individual officers.

Dated: August 6, 2008   s/Renée Marie Bumb
               RENÉE MARIE BUMB
               UNITED STATES DISTRICT JUDGE