# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

Ian D. Lemons

                Plaintiff,

vs

Atlantic City Police Dept. Et al

                Defendants.

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

**APPEAL**

CIV. 06-3440-RMB

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☑ GRANTED

☐ DENIED, for the following reasons:

_____

_____

ENTERED this __19th__ day of __March__, 2009

                                                    Hon. Renee M. Bumb, USDCJ

Dated:

Camden, New Jersey